AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

United States Courts Southern
District of Texas
FILED
*11/16/2022*
Nathan Ochsner, Clerk of Court

United States of America
v.
Paulino BAUTISTA-Sanchez

Case No. V-22-0060M

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of November 15, 2022 in the county of DeWitt in the Southern District of Texas, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 8 U.S.C. § 1326 | any alien who--<br>(1) has been denied admission, excluded, deported, or removed or has departed the United States while an order of exlusion, deportation, or removal is outstanding, and thereafter<br>(2) enters, attempts to enter, or is at any time found in, the United States, |

This criminal complaint is based on these facts:

On November 15, 2022, Homeland Security Investigations Victoria encountered Paulino BAUTISTA-Sanchez at the DeWitt County Jail.  During an interview, BAUTISTA-Sanchez admitted he was a citizen of Mexico and was unlawfully present in the United States.  Records checks conducted by HSI revealed BAUTISTA-Sanchez was ordered removed by an immigration judge on October 28, 2003, and was physically removed via New Orleans, Louisiana Port of Entry into Mexico on May 28, 2008.  At this time, no evidence has been discovered suggesting BAUTISTA-Sanchez requested permission from the Attorney General or the Secretary of the Department of Homeland Security to enter the United States after deportation.  AUSA Patti Booth was notified and agreed to prosecute BAUTISTA-Sanchez for violation of Title 8 U.S.C. § 1326.

☐ Continued on the attached sheet.

*Shea Hine*
Complainant's signature

Shea Hine, HSI Special Agent
Printed name and title

Submitted by reliable electronic means, sworn to, signature attested telephonically per Fed.R.Crim. P.4.1, and probable cause found:

Date: November 16, 2022

Judge's signature

City and state: Corpus Christi, TX

Mitchel Neurock, United States Magistrate Judge
Printed name and title